**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**EDWARD WARNELL**
**RICHARDSON, JR.,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-3920-MCR-HTC**

**SERGEANT SASSER, et al.,**

**Defendants.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated July 20, 2026 (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice under this Court's inherent authority for Plaintiff's failure to truthfully disclose his litigation history.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**